Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER  :  21 MC 102 (AKH)
SITE LITIGATION                     :

------------------------------------------------------------X

CHRISTOPHER ORTIZ (AND WIFE, SIRILAX ORTIZ),  :  07-CV-05032 (AKH)

                              Plaintiffs,      :  **NOTICE OF THE 120 BROADWAY**
                                               :  **PARTIES' ADOPTION OF ANSWER**
- against -                                    :  **TO MASTER COMPLAINT**

120 BROADWAY CONDOMINIUM (CONDO #871),  :
et al.,                                 :

                              Defendants.  :

------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC, 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
August 28, 2008

        FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
        Attorneys for Defendants The 120 Broadway Parties

By: _____
    Thomas A. Egan (TE-0041)
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

307728/23928

2